IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARDS ENERGY COMPRESSION,
LLC.; ROBERT RAY WALLACH; and
BILL RICHARDS;

    Plaintiffs,

v.                                  Case No. 13-cv-0640 WJ/SMV

DICK GLOVER, INC.; RJG ENTERPRISE,
LLC.; R.J. GLOVER; R.J. GLOVER, JR.;
and STEPHANIE GLOVER;

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time**:    February 13, 2014, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for February 13, 2014, at 9:30 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.