# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

RICHARDS ENERGY COMPRESSION,
LLC.; ROBERT RAY WALLACH; and
BILL RICHARDS;

        **Plaintiffs,**

v.                                                                No. 13-cv-0640 WJ/SMV

DICK GLOVER, INC.; RJG ENTERPRISE,
LLC.; R.J. GLOVER; R.J. GLOVER, JR.;
and STEPHANIE GLOVER;

        **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      March 31, 2014, at 9:30 a.m.

**Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **March 31, 2014, at 9:30 a.m.**  Counsel

shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

Parties shall confer with Judge Vidmar regarding whether to move the date for the settlement

conference scheduled for April 21, 2014.  Parties are reminded to have their calendars available

for the hearing.

    **IT IS SO ORDERED.**


_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.