IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARDS ENERGY COMPRESSION,
LLC.; ROBERT RAY WALLACH; and
BILL RICHARDS;

    Plaintiffs,

v.                                                         No. 13-cv-0640 WJ/SMV

DICK GLOVER, INC.; RJG ENTERPRISE,
LLC.; R.J. GLOVER; R.J. GLOVER, JR.;
and STEPHANIE GLOVER;

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on July 2, 2014, that they reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **August 4, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**